UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-8002
_____

Richard Brown, Individually and on behalf of all others similarly situated

Respondent

v.

State Farm Fire & Casualty Company

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:23-cv-04002-MDH)

---

**JUDGMENT**

Before GRUENDER, SHEPHERD and ERICKSON, Circuit Judges.

The petition for permission to appeal is denied.

March 13, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans